UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

SIMON ISAKOV, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

House of Hackney US, Inc.,

    Defendant.

----------------------------------- x

Case no. 1:25-cv-1981-KPF

STIPULATION OF DISMISSAL WITH PREJUDICE

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

  Dated: July 9, 2025

| | |
|---|---|
| */s/ Michael H. Cohen* | */s/ David Stein* |
| Michael H. Cohen | David Stein |
| EQUAL ACCESS LAW GROUP, PLLC | STEIN & NIEPORENT LLP |
| 68-29 Main Street, | 1441 Broadway, Suite 6090 |
| Flushing, NY 11367 | New York, New York 10018 |
| C: (917) 437-3737 | T: (212) 308-3444 |
| E: mcohen@ealg.law | E: dstein@steinllp.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |