UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
SIMON ISAKOV, on behalf of himself and all : Case no. 1:25-cv-1981-KPF
others similarly situated, :
 :
        Plaintiffs, :
 : STIPULATION OF DISMISSAL
v. : WITH PREJUDICE
 :
House of Hackney US, Inc., :
 :
        Defendant. :
 :
 :
---------------------------------- x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: July 10, 2025

/s/ Michael Cohen

Michael H. Cohen
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (917) 437-3737
E: mcohen@ealg.law
*Attorney for Plaintiff*

/s/ David Stein

David Stein
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
T: (212) 308-3444
E: dstein@steinllp.com
*Attorneys for Defendant*